Application GRANTED. SO ORDERED.
Dated: September 8, 2026

Stt d a

TRUST LAW, P.C.

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

September 8, 2026

**VIA ECF**

Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Rodriguez v. Commissioner of Social Security*
Civil Action No. 1:26-cv-05120-SDA

Dear Judge Aaron,

We write on behalf of our client, Eleazar Rodriguez, and with the consent of Defendant, to respectfully request a 90-day extension of time to file Plaintiff's motion for judgment on the pleadings, currently due on September 16, 2026 per the Court's Standing Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having numerous briefs and overlapping deadlines in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file her motion for judgment on the pleadings on or before: **December 15, 2026**;
2. Defendant to file its response to plaintiff's motion/cross motion on or before: **March 15, 2027**; and
3. Plaintiff to file her reply, if any, on or before: **March 29, 2027**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Candace Brown Casey, Esq. (by ECF)